AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

Loren M. Ridinger, et al.
*Plaintiff*
v.
Ralph K. Stone, Rachel L. Gould, et al.
*Defendant*

Case No. 22-cv-09082

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ralph K. Stone, Rachel L. Gould and Meister Seelig & Fein LLP

Date: 10/28/2022

*Attorney's signature*

Lisa L. Shrewsberry (LS 1597)
*Printed name and bar number*

Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive, Hawthorne, New York 10532
*Address*

lshrewsberry@tlsslaw.com
*E-mail address*

(914) 347-2600
*Telephone number*

(914) 347-8898
*FAX number*