**MNR**

**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**

_____
www.mnrlawfirm.com

November 23, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2022
```

**Via CM/ECF**

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15B
New York, NY 10007-1312

      **RE:** *Ridinger, et al. v. Stone, et al.*, Docket No. 22-CV-09082-VM

Dear Judge Marrero,

      Pursuant to Local Rule 7.1(d) and Rule I(F) of Your Honor's Individual Practices (the "Individual Practices"), Plaintiffs Loren M. Ridinger, individually and on behalf of the Estate of James Ridinger, and Milagro Yacht Charters, LLC (together, "Plaintiffs") file this letter motion, which is unopposed, and request a seven (7) day extension of time, up to and including Friday, December 2, 2022, to respond to the letter filed by Defendants Ralph K. Stone, Rachel L. Gould, and Meister Seelig & Fein LLP (together, "Defendants") on November 18, 2022 [D.E. 15], pursuant to Rule II(B) of the Individual Practices.

      On October 24, 2022, Plaintiffs initiated this action by filing a three-count Complaint against Defendants for legal malpractice (Count I), breach of fiduciary duty (Count II), and vicarious liability (Count III). [D.E. 1]. Pursuant to Rule II(B) of the Individual Practices, on November 18, 2022, Defendants filed a letter to Plaintiffs, copying the Court, setting forth what they contend are grounds for dismissal of the Complaint. [D.E. 15]. Rule II(B) provides that, "The plaintiff shall respond by similar letter within seven calendar days, with a copy to the Court, indicating the extent, if any, to which plaintiff concurs with defendant's objections and the amendments, if any, to be made to the complaint to address them, or else stating the reasons and controlling authority that support the pleadings as filed."

      Plaintiffs' deadline to respond to Defendants' letter falls on November 25, 2022. Given the impact of the intervening Thanksgiving Holiday on the schedules of Plaintiffs and their counsel, however, Plaintiffs need additional time to consult with counsel about the arguments raised in Defendants' letter and prepare a response to same. As such, Plaintiffs request an additional seven (7) days, up to and including December 2, 2022, to respond to Defendants' letter.

MIAMI OFFICE
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2530, Miami 33131
P • 305-400-4260 | F • 866-780-8355

FORT LAUDERDALE OFFICE
One Financial Plaza
100 Southeast Third Avenue, Suite 805, Ft Lauderdale 33394
P • 954-462-1200 | F • 866-780-8355

Plaintiffs have conferred with Defendants' counsel, who has no objection to this request. Plaintiffs further state that they have not previously made any extension requests. Plaintiffs therefore request that the Court grant this request and enter an order granting Plaintiffs an additional seven (7) days, up to and including December 2, 2022, to respond to Defendants' letter.

Respectfully submitted,

*/s/ Jeffrey A. Neiman*

Jeffrey A. Neiman
*Admitted Pro Hac Vice*
jneiman@mnrlawfirm.com
Tel: 954-541-8281

Copies to counsel of record via CM/ECF

Request **GRANTED.** The Plaintiffs' request for an extension until December 2, 2022 to file it opposition to Defendants' pre-motion letter is granted, nunc pro tunc.

**SO ORDERED.**

11/28/2022
DATE                                    VICTOR MARRERO, U.S.D.J.