```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LOREDEN M. RIDINGER, individually and on behalf of the ESTATE OF JAMES RIDINGER and MILAGRO YACHT CHARTERS LLC,

      Plaintiff,

- against -

RALPH K. STONE, RACHEL L. GOULD, and MEISTER SEELIG & FEIN LLP,

      Defendant.

---

**22 Civ. 9082 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  After engaging in the informal exchange of letters as required under the Court's Individual Rules of Practice, Section II.B., Plaintiffs advised the Court it intended to amend its Complaint to address certain deficiencies revealed through the informal practice. (See Dkt. No. 18.) After some delay, by letter dated December 22, 2022, Plaintiffs now seek leave to file an Amended Complaint. (See Dkt. No. 23.)

  The Court hereby grants Plaintiffs' request. Plaintiffs shall file an Amended Complaint by January 20, 2023. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants shall respond within 14 days after service of the Amended Complaint. Accordingly, Defendants request for an extension of time to respond to Plaintiffs' original Complaint (Dkt. No. 22) is moot.

The Clerk is directed to terminate all previously pending motions and deadlines.

**SO ORDERED.**

Dated:   23 December 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.