UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
LOREN M. RIDINGER, individually and on
behalf of the Estate of James Ridinger,

                Plaintiff,

    -against-

RALPH K. STONE, RACHEL L. GOULD and
MEISTER SEELIG & FEIN LLP,

                Defendants.
----------------------------------------------------------------X

22-cv-09082-VM

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the declaration of Lisa L. Shrewsberry, dated February 3, 2023, and the exhibits annexed thereto, together with the supporting memorandum of law, the undersigned, on behalf of Defendants Ralph K. Stone, Rachel L. Gould and Meister Seelig & Fein LLP, will move this Court, before the Honorable Victor Marrero at the Federal Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time designated by the Court for an order dismissing the first amended complaint, pursuant to Fed. R. Civ. P. 12(b)(6), together with such other relief as this Court deems appropriate.

Pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days hereof.

Dated: Hawthorne, New York
       February 3, 2023

**TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP**

By: *Lisa L. Shrewsberry*
Lisa L. Shrewsberry, Esq. (LS 1597)
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
(914) 347-2600
lshrewsberry@tlsslaw.com
*Attorneys for Defendants*