# EXHIBIT D

# FISCAL SPONSORSHIP
# ANNUAL REPORT OF KILLER IMPACT, INC.

Killer Impact, Inc., a Delaware public benefit corporation, is a development and production company dedicated to producing socially relevant content. It is our mission to provoke open dialogue, ignite awareness and encourage advocacy of socially relevant issues by producing engaging, artful content. Killer Impact supports under-represented voices in storytelling, providing a means of creative and financial participation in projects that challenge convention and advance diversity. Through our work, we endeavor to rewrite the social script while creating impact campaigns for meaningful change.

In furtherance of its mission, Killer Impact is committed to donating 25% of its net distributable profit from each project to one or two charitable organizations dedicated to the advancement of the causes which are the subject of the content it develops, finances and/or produces. These charitable organizations become a partner of Killer Impact's on the applicable project, for the life of the film, TV series, literary project or Broadway show. Killer Impact is committed to raising awareness of issues faced by military veterans.. Additionally, Killer Impact is committed to giving a voice to writers, directors, producers, musician and other artists who are veterans or whose family members are veterans, and to training and employing veterans on projects undertaken by the company.

During 2016, and in furtherance of Killer Impact's public benefit/social impact purposes and projects, it received distributions from its fiscal sponsor, pursuant to that certain Fiscal Sponsorship Agreement dated as of April 20, 2016, consisting of (i) a promissory note executed by RR Skye Holdings, LLC, representing the purchase price, less the administrative fee under the Fiscal Sponsorship Agreement, for that certain vessel known as Utopia II; and (ii) cash distributions representing donations to its fiscal sponsor.

## PART I: UTOPIA II

Utopia II has been, and continues to be, used for the following purposes:

1. Killer Impact's corporate office

2. Strategic meetings and conferences regarding the following Killer Impact projects:

    a. TOWER (Documentary): Critically-acclaimed, award-winning, documentary about the first mass school shooting on a college campus. The sniper was a US military veteran who suffered service-connected mental illness. The documentary received numerous awards and nominations and was ultimately short-listed for an Oscar nomination for Best Documentary.

    On August 1st, 1966, a sniper rode the elevator to the top floor of the University of Texas Tower and opened fire, holding the campus hostage for 96 minutes. When the gunshots were finally silenced, the toll included 16 dead, three dozen wounded, and a shaken nation left trying to understand. Combining archival footage with rotoscopic animation in a dynamic, never-before-seen way, TOWER reveals the action-packed untold stories of the witnesses, heroes and survivors of America's first mass school shooting, when the worst in one man brought out the best in so many others.

    b. The White Mouse (Feature Film): This is the story of the most decorated female war hero in history, Nancy Wake, and yet few people know who she is.

During a visit to Vienna in the mid-1930s as a freelance journalist, Nancy Wake witnessed roving Nazi gangs randomly beating Jewish men and women in the streets. As a result of this experience, Nancy made a promise to herself that "if ever the opportunity arose, I would do everything I could" to stop the Nazi movement. And she did.

Nancy Wake was the recipient of the George Medal, Britain's second-highest civilian honor, and the Medal of Freedom, the United States' second-highest. France gave her the Legion d'Honneur, the highest military honor it bestows.

c. Only Ever Yours (Feature Film): Only Ever Yours was first published in the United Kingdom by Quercus (2014), where it catapulted to bestseller status. Noted by various critics as "the book of the season," "brilliantly realized, utterly compelling," "an inevitable entrant on next year's most-banned books list," and written with "a scalpel," 30-year-old author Louise O'Neill's bold and original debut novel is set in a chilling "finishing school" for girls, amidst a society that uses information technology to institutionalize extreme standards of physical beauty and unquestioning conformity…or so it thinks.

As the intensity of their final year unfolds, the young women of The School, and the young men who pursue them, vie for supremacy even as they struggle to maintain a sense of self in a world that values strategic alliances above human connection. Only Ever Yours depicts a terrifying epidemic of identity loss, where the best and brightest lose sight of their individual value in the face of empty mantras about the necessity of perfection.

d. Exit Wounds (Feature Film): In modern-day Tel Aviv, a young man, Koby Franco, receives an urgent phone call from a female soldier. Learning that his estranged father may have been a victim of a suicide bombing in Hadera, Koby reluctantly joins the soldier in searching for clues. His death would certainly explain his empty apartment and disconnected phone line. As Koby tries to unravel the mystery of his father's death, he finds himself not only piecing together the last few months of his father's life, but his entire identity. With thin, precise lines and luscious watercolors, author Modan creates a portrait of modern Israel, a place where sudden death mingles with the slow dissolution of family ties.

e. Enemies Within (Feature Film): Pulitzer Prize winning journalists Matt Apuzzo's and Adam Goldman's book "Enemies Within" tells the story of competing and somewhat contradictory counter-terrorism efforts around a plot set in New York City after 9/11. "Enemies Within" is a real-world domestic spy story with equal doses of mystery, action and humanity.

f. The Displaced (TV Series): At a time when unaccompanied children are fleeing persecution and being turned away at borders around the world, this episodic TV series will pick up where The New York Times Magazine cover story "The Displaced," an introduction to the 30 million children of conflict currently on the move around the globe, left off, providing a fictionalized view of the young victims; how they spend their days when their school, playground, family and friends have been decimated, the stories they tell themselves to try and make sense of it all, and the feelings that fuel their resilience. The story, first published in The New York Times Magazine on November 5, 2015 in conjunction with The New York Times' first virtual reality film, focuses on three children, Chuol, a 9-year old boy from South Sudan, Oleg, an 11-year old boy from Ukraine and Hana, a 12-year old girl from Syria. Bringing the profound consequences of war-time trauma to life, "The Displaced" for television will pick up where Times reporters left off.

g. <u>Regiment of Women (TV Series)</u>: An episodic TV series based on the acclaimed novel by Thomas Berger. "Regiment of Women" is a high concept episodic drama series set in a matriarchal future where women rule. In this unique world, men are no longer in control through religion, fashion, culture and political power and the truth of their historical dominance has been suppressed. As we move through this radically changed universe, our characters grapple with life's challenges, seeking common ground, acceptance and, above all, love. Throughout the series, we see that whenever one gender controls the other, oppressive dominance creates discrimination, exploitation, and violence and, on a personal level, despair. In this futuristic society, everyone has been so coerced into believing that throughout history, women have always ruled. Consequently, when the truth about the patriarchal past gradually emerges, no one is willing to accept the truth. The series gradually peels away the myth of female power until it becomes evident that the world had, in fact, been male dominated in decades past, but that the women's revolt and subsequent deception was a vast improvement.

Each episode winks at an aspect of our current life by holding up a warped mirror to contemporary issues we are facing. The episodes will be serious yet infused with humor, as the series' sheds assumptions about real-life problems. It will explore gender identity issues primarily through the two main characters while certain episodes will focus on a supporting characters individual story.

Structurally, every episode begins with a teaser called "Breakers", a two-minute story from present day that shows a woman affected by an event that, regardless of its apparent significance, becomes a catalyst for change. When strung together, this traces the history of the stages that gradually lead to a woman-dominated world. The style of the show is hyper-realistic but blended with mysticism as in "The Leftovers", or the what-if …factor of "The Man In The High Castle".

The series is set in New York City where billboards, television, magazines, media, and culture reflect a world where. Female rap music pounds in background and buses and taxis display military recruitment ads featuring female officers. In suburbia, where white picket fences line neighborhoods, women in business suits kiss their husbands goodbye at the train station and head for work, men drop off children at school, then head to the gym and grocery store.

In museums, there are exhibits of works by "Leonarda Da Vinca," and "Jacqueline Pollack…and where people march in parades for Saint Patricia and Cristina Colomba." In church, the congregation worships the goddess, Mary. The Pope is female.

h. <u>This Beautiful Life (TV Series)</u>: The events of a single night shatter one family's sense of security and identity in this provocative and deeply affecting domestic drama from Helen Schulman, the acclaimed author of A Day at the Beach and Out of Time. In the tradition of Lionel Shriver, Sue Miller, and Laura Moriarty, Schulman crafts a brilliantly observed portrait of parenting and modern life, cunningly exploring our most deeply-held convictions and revealing the enduring strengths that emerge in the face of crisis.

i. <u>Iron Maidens</u>: Docu-series to be aired on PBS, which will follow Bronx Science's first all-female robotics team and highlight the importance of women in STEM.

Women are Supreme Court Justices, leaders of small businesses and large corporations. In more than a few countries, they are heads of state. Women are innovators, leaders in communications, sports, education, and in some cases, they are pioneers in the tech world.

Still, they are few and far between, less than 20% in almost every category of leadership. Our society can do better. We need different perspectives, thought processes, and insights. We only diminish our chances to meet the challenges of our times if we rely on self-selecting groups to make decisions that will determine our progress.

This is the motivation for the Iron Maidens series, which takes an in-depth look at how one group of girls is collaborating to solve a problem most people never face: how to make a robot!

A robot, nothing less. That thing you remember from your first black and white sci-fi movie which spoke in monotone and walked without joints. That same thing that now powers spaceships, thermostats, everyone's smartphone and simple communications like emojis. From the most basic algorithm to the most complicated engineering tasks, robotics, is the signature discipline for our times. Drawing on science, technology, engineering and math, STEM powers our astonishing race for improvements in everything from farming to aeronautics.

The other motivation in telling this story is that girls are fascinating creatures. They can balance tremendous capability and drive, with patience and feeling. They can act one way, think another and provide compelling commentary that often puts words to things unspoken.

j. I Am Woman (Song): Danielle Brooks' (Orange is the New Black, The Color Purple – Broadway) reimagined version of Helen Reddy's 1971 hit song, celebrating female empowerment and ultimately becoming the anthem of the women's liberation movement. "I Am Woman" is the theme song for the docu-series "Iron Maiden."

k. FOUND (Broadway Musical): Based on Davy Rothbart's popular Found books, magazines, tours and appearances on This American Life comes a new musical comedy about the things we've lost and the ways they bring us together.

Tony-nominated book writer Hunter Bell joins composer/lyricist Eli Bolin and director Lee Overtree in creating a semi-autobiographical account of Davy's life and loves, set against a backdrop of the hilarious and heart-breaking real notes and letters from the pages of Found Magazine, as they come to life on stage. Presented by an award-winning team of producers, writers and designers, FOUND explores both the objects and the people we encounter along our way, and reveals the stories hidden in plain sight in the world around us.

FOUND isn't just based on a true story... it's based on hundreds of them.

l. She's So Boss (Book): Killer Impact will be publishing the book "She's So Boss: The Girls' Guide to Starting Up, Launching Big and Kicking Ass" in the Spring of 2017 through Hachette.

She's So Boss is a multi-touch property aimed at motivating girls to identify their passion, create something new and leave their mark on the world.

The book, written by former Wall Street Journal reporter Stacy Kravetz, is about thinking big, aiming high and becoming the boss of your thing, whether its a cupcake business you hope to launch at farmers' markets and take to Whole Foods or its a technology start-up that evolved from a science fair project or it's a series of songs that you want to write into a musical.

Launching a start-up can mean setting up a non-profit tutoring business for inner city kids or setting your sights on a poetry slam. Being Boss is a state of mind as much as it is a job description.

She's So Boss is a hands-on guidebook for entrepreneurial teenage girls, written like a conspiratorial primer on feisty feminist ass-kicking in any enterprise a teen girl undertakes, from the perspective of a cool, hip girlfriend who knows all. The book teaches teen girls how to conceive a business, artistic project or non-profit venture that they're passionate about and follow steps to create it, package it, market it and take control of its finances and growth.

Everyone needs a roadmap and with the help of some advice from bosses who have been there and a detailed roadmap to show the way, all of us can be So Boss.

The book features profiles of 14 incredible female bosses who started music careers, created biotech companies, launched non-profits and jump-started ventures out of their garages. Each of them lends experience and advice in the book so readers have role models and real-world context as they launch their own start-ups. The young female bosses share their stories of launching ideas, facing challenges, and moving past them into the next stages of growth. The book covers the benefits of mentors and the best ways to find people who will always be in their corner. She's So Boss lets girls know that there will be bumps in the road, but with their desire, energy and ideas, the girl boss within each of us is truly unstoppable.

3. Meeting and event space for Killer Impact's charitable partners, including:

   a. War Child: War Child, a 501(c)3 charitable organization, is dedicated to supporting children and young people affected by war. As a global organization, War Child reaches hundreds of thousands of children worldwide. Armed conflict is a reality for millions of children today. War Child is committed to protecting and supporting children affected by armed conflict. They empower these children to claim their rights, develop to their fullest potential and contribute to a peaceful future for themselves and their communities – they help children and young people make their voices heard.

   b. Hollaback!: Hollaback!, a 501(c)(3) charitable organization, is a global movement to end harassment powered by a network of grassroots activists, working together to understand harassment, ignite public conversations, and develop innovative strategies to ensure equal access to public spaces. Hollaback! leverages new technologies to bring voice to an issue that historically has been silenced, and to build leadership within this movement to break the silence.. Hollaback!'s mission is to build safe, inclusive public spaces by transforming the culture that perpetuates discrimination and violence.

4. Event space for:

   a. Tickle Water: Tickle Water is a women-owned sparkling water created to promote better hydration of children by getting them to drink more water and less sugary beverages. In order to achieve its goal, the founders created a clean sparkling water experience for kids in just the right size, with a super cool package, the perfect amount of bubbles, and the best tasting flavors.

   b. Plum Alley: Women owned organization dedicated to increasing the amount of capital going to women entrepreneurs and gender balanced teams by expanding the number of women and men who invest in women owned companies. Plum Alley, as a whole, invests

in the most promising women entrepreneurs and gender diverse teams while engaging in interactive experiences around innovation and investing.

**PART II: CASH DISTRIBUTIONS & EXPENDITURES**

Cash Distributions:

Total Cash Distributions from Veterans Inc.: $14,931

Expenditures:

10/4/2016:   NY Premier of TOWER ($2,000)

10/12/2016:  Video Equipment Rental for the NY premier of TOWER ($3,331)

10/13/2016:  Enemies Within Screenwriter Fee - Partial Payment ($8,350)

12/15/2016:  Production of music for Iron Maidens ($1,250)