# EXHIBIT E

$4,437,000.00

New York, NY
As of May 14, 2016

FOR VALUE RECEIVED, **RR Skye Holdings, LLC,** a Delaware limited liability company, ("Maker") promises to pay to the order of **Veterans Inc.,** a Massachusetts not-for-profit corporation ("Payee") an amount equal to Four Million Four Hundred Thirty Seven Thousand and 00/100 Dollars ($4,437,000.00) with interest thereon at the annual rate of five and one-half percent (5.5%), payable upon the Maturity Date (as hereinafter defined).

This Note together with certain other notes of the Maker in favor of the Payee, may be secured by a second priority ship mortgage ("Mortgage") covering that certain 116' Feadship Motoryacht (1970/2007) vessel, USCG Doc No. 529074, Hull No. 600, and currently known as "Utopia II" (the "Vessel").

This Note shall mature on that date which is three (3) years following the date hereof (the "Maturity Date"). Maker reserves the right to prepay the debt evidenced by this Note in whole or in part without advance notice, at any time without premium or penalty.  Notice of presentment, protest and dishonor are hereby waived by the Maker. If an attorney is engaged to collect the balance of the debt evidenced by the Note on or following the Maturity Date, the Maker, its successors and/or assigns, will pay reasonable attorneys' fees and costs of collection not to exceed ten percent (10%) of the outstanding principal balance.

The holder of this Note shall not enforce the liability and obligation of Maker to perform and observe the obligations contained in this Note by any action or proceeding wherein a money judgment shall be sought against Maker, except that the holder may bring a foreclosure action, an action for specific performance or any other appropriate action or proceeding to enable holder to enforce and realize upon the collateral for this Note or the Mortgage, or in the Vessel or any other collateral given to Payee pursuant to the Note or the Mortgage, provided, however, that, except as specifically provided herein, any judgment in any such action or proceeding shall be enforceable against Maker only to the extent of Maker's interest in the Vessel and in any other collateral given to Payee, and holder, by accepting this Note and the Mortgage, shall not sue for, seek or demand any deficiency judgment against Maker in any such action or proceeding under or by reason of or under or in connection with this Note.

Enforcement of the debt evidenced by this Note shall be had in the courts of the county in which the Vessel is located, to whose exclusive jurisdiction the Maker hereby consents.

**RR Skye Holdings, LLC,**
a Delaware limited liability company

By: _____
Name:  Ralph K. Stone
Title:   Member

$250,000.00                                                              New York, NY
                                                                   As of May 14, 2016

FOR VALUE RECEIVED, **RR Skye Holdings, LLC**, a Delaware limited liability company, ("Maker") promises to pay to the order of **Veterans Inc.**, a Massachusetts not-for-profit corporation ("Payee") an amount equal to Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00) with interest thereon at the annual rate of five and one-half percent (5.5%), payable upon the Maturity Date (as hereinafter defined).

This Note, together with certain other notes of the Maker in favor of the Payee, may be secured by a third priority ship mortgage ("Mortgage") covering that certain 116' Feadship Motoryacht (1970/2007) vessel, USCG Doc No. 529074, Hull No. 600, and currently known as "Utopia II" (the "Vessel").

This Note shall mature on that date which is three (3) years following the date hereof (the "Maturity Date"). Maker reserves the right to prepay the debt evidenced by this Note in whole or in part without advance notice, at any time without premium or penalty. Notice of presentment, protest and dishonor are hereby waived by the Maker. If an attorney is engaged to collect the balance of the debt evidenced by the Note on or following the Maturity Date, the Maker, its successors and/or assigns, will pay reasonable attorneys' fees and costs of collection not to exceed ten percent (10%) of the outstanding principal balance.

The holder of this Note shall not enforce the liability and obligation of Maker to perform and observe the obligations contained in this Note by any action or proceeding wherein a money judgment shall be sought against Maker, except that the holder may bring a foreclosure action, an action for specific performance or any other appropriate action or proceeding to enable holder to enforce and realize upon the collateral for this Note or the Mortgage, or in the Vessel or any other collateral given to Payee pursuant to the Note or the Mortgage, provided, however, that, except as specifically provided herein, any judgment in any such action or proceeding shall be enforceable against Maker only to the extent of Maker's interest in the Vessel and in any other collateral given to Payee, and holder, by accepting this Note and the Mortgage, shall not sue for, seek or demand any deficiency judgment against Maker in any such action or proceeding under or by reason of or under or in connection with this Note.

Enforcement of the debt evidenced by this Note shall be had in the courts of the county in which the Vessel is located, to whose exclusive jurisdiction the Maker hereby consents.

**RR Skye Holdings, LLC,**
a Delaware limited liability company


By: _Ralph K. Stone_
    Name:  Ralph K. Stone
    Title:   Member

$243,000.00                                                                                New York, NY
                                                                                          As of May 14, 2016

      FOR VALUE RECEIVED, **RR Skye Holdings, LLC**, a Delaware limited liability company, ("Maker") promises to pay to the order of **Veterans Inc.**, a Massachusetts not-for-profit corporation ("Payee") an amount equal to Two Hundred Forty Three Thousand and 00/100 Dollars ($243,000.00) with interest thereon at the annual rate of five and one-half percent (5.5%), payable upon the Maturity Date (as hereinafter defined).

      This Note, together with certain other notes of the Maker in favor of the Payee, may be secured by a second priority ship mortgage ("Mortgage") covering that certain 116' Feadship Motoryacht (1970/2007) vessel, USCG Doc No. 529074, Hull No. 600, and currently known as "Utopia II" (the "Vessel").

      This Note shall mature on that date which is six (6) years following the date hereof (the "Maturity Date"). Maker reserves the right to prepay the debt evidenced by this Note in whole or in part without advance notice, at any time without premium or penalty. Notice of presentment, protest and dishonor are hereby waived by the Maker. If an attorney is engaged to collect the balance of the debt evidenced by the Note on or following the Maturity Date, the Maker, its successors and/or assigns, will pay the reasonable attorneys' fees and costs of collection not to exceed ten percent (10%) of the outstanding principal balance.

      The holder of this Note shall not enforce the liability and obligation of Maker to perform and observe the obligations contained in this Note by any action or proceeding wherein a money judgment shall be sought against Maker, except that the holder may bring a foreclosure action, an action for specific performance or any other appropriate action or proceeding to enable holder to enforce and realize upon the collateral for this Note or the Mortgage, or in the Vessel or any other collateral given to Payee pursuant to the Note or the Mortgage, provided, however, that, except as specifically provided herein, any judgment in any such action or proceeding shall be enforceable against Maker only to the extent of Maker's interest in the Vessel and in any other collateral given to Payee, and holder, by accepting this Note and the Mortgage, shall not sue for, seek or demand any deficiency judgment against Maker in any such action or proceeding under or by reason of or under or in connection with this Note.

      Enforcement of the debt evidenced by this Note shall be had in the courts of the county in which the Vessel is located, to whose exclusive jurisdiction the Maker hereby consents.

        **RR Skye Holdings, LLC**,
        a Delaware limited liability company

      By:  _____
          Name:  Ralph K. Stone
          Title:   Member