# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7009 | MAIN (914) 347-2600 | FAX (914) 347-8898
Lisa L. Shrewsberry | Partner | lshrewsberry@tlsslaw.com

February 8, 2023

**VIA ECF AND FACSIMILE**

Hon. Victor Marrero
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    ***Loren M. Ridinger v. Ralph K. Stone, et al.***
               Docket No.: 22-cv-09082-VM

Honorable Sir:

      We represent the defendants Ralph K. Stone, Rachel L. Gould and Meister Seelig & Fein LLP ("the law firm"), in the above-referenced matter. This letter motion seeks to withdraw, on consent of plaintiff, the motion to dismiss the amended complaint we filed on behalf of the law firm on February 3, 2023, in order to comply with Your Honor's Individual Rule II(B)(1). Please accept our sincere apologies for misreading the Court's December 23, 2022 order granting plaintiff's request for leave to file an amended complaint. Upon reading same, we understood that the Court was directing us to respond to the amended complaint (by answer or motion) within 14 days. After receiving Your Honor's order yesterday, we immediately complied with Rule II(B)(1). This letter seeks to comply with your further directive to withdraw our pending motion contained therein.

                                   Respectfully submitted,

                                   Lisa L. Shrewsberry

cc:    All Parties of Record (via ECF)

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA

www.traublieberman.com