```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOREN M. RIDINGER, individually and on behalf of the Estate of James Ridinger,

        Plaintiff,

- against -

RALPH K. STONE, RACHEL L. GOULD and MEISTER SEELING & FEIN LLP,

        Defendants.

22 Civ. 9082 (VM)

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

Pursuant to the Court's Order (Dkt. No. 30) and Defendants' request (Dkt. No. 32), the Clerk is directed to strike the prematurely filed Motion to Dismiss and supporting papers (Dkt. Nos. 27-29) from the docket but retain the summary docket text for the record.

**SO ORDERED.**

Dated:    9 February 2023
           New York, New York

                              _____
                                  Victor Marrero
                                     U.S.D.J.