UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
LOREN M. RIDINGER, individually and on        22-cv-09082-JHR
behalf of the Estate of James Ridinger,

                                                     **NOTICE OF MOTION**

                        Plaintiff,

            -against-

RALPH K. STONE, RACHEL L. GOULD and
MEISTER SEELIG & FEIN LLP,

                    Defendants.
---------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the declaration of Lisa L. Shrewsberry, dated February 27, 2023, and the exhibits annexed thereto, together with the supporting memorandum of law, the undersigned, on behalf of Defendants Ralph K. Stone, Rachel L. Gould and Meister Seelig & Fein LLP, will move this Court, before the Honorable Victor Marrero at the Federal Courthouse located at 500 Pearl Street, New York, New York, on a date and at a time designated by the Court for an order dismissing the first amended complaint, pursuant to Fed. R. Civ. P. 12(b)(6), together with such other relief as this Court deems appropriate.

Dated: Hawthorne, New York
       February 27, 2023

                                              **TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP**

                                       By:   *Lisa L. Shrewsberry*
                                              Lisa L. Shrewsberry, Esq.  (LS 1597)
                                              Mid-Westchester Executive Park
                                              Seven Skyline Drive
                                              Hawthorne, New York 10532
                                              (914) 347-2600
                                              lshrewsberry@tlsslaw.com
                                              *Attorneys for Defendants*