# EXHIBIT B



**MARINE SURVEYOR**

Norman L. LeBlanc
106 Liberty St.
Danvers, MA 01923
Ph: (617) 834 – 7560  Fx: (978) 774-5190
Email: Normsailing@gmail.com

# Capt. Norm LeBlanc Inc.

Member SAMS AMS#31 SMS

# Vessel Condition Survey

| | |
|---|---|
| *Prepared For:* | Milagro Yacht Charters LLC |
| | 2954 North Bay Rd |
| | Miami Beach, FL 33140 |
| *Vessel Name:* | Utopia II 116' Feadship Motoryacht 1970/2007 |
| *Survey Date:* | March 16, 2016 Yacht Appraisal Report only |

## *VESSEL INFORMATION*

**Date of Survey** 3/16/2016  **File #** 16PAP316

**Client** Milagro Yacht Charters LLC.

**Vessel Name** Utopia II  **Hail Port** Wilmington, DE

**Hull No. (HIN)** #600  **Model Year** 1970/2007

**L.O.A.** 116' 2"  **Beam** 22' 8"  **Draft** 6' 6"

**Propulsion** Twin SC Naturally aspirated marine diesels and twin 65KW generator plants

**Document/Reg** 529074  **Net Tons** 51  **Gross Tons** 172

**Notes** Custom design/build Feadship /DeVries, Aalsmeer, Netherlands

**Estimated Value (US Dollars)** as appraised $4,930,000.US(see breakdown)

**Replacement Value (US Dollars)** Over $37 MillionUS

**Surveyed At**  Miami Beach
 2954 North Bay Rd.
 Miami Beach, FL

**While Vessel Was** afloat only

## *HULL CONSTRUCTION DETAILS*

**Material** Steel  **Thickness of Planking** varied

**Framing Size & Material** 2.5"x3.25"x5/15" L on 18" Centers

**Deck Beams Size & Material** 2.375"x1.5"x.325"L on 18"Centers

**Decking** Alu/Teak  **Bottom** Steel  **Keel** Steel  **Skegs** Steel

**Stem Type** Raked  **Stern Type** Canoe style

**Bulkheads** Twelve  **Location** thru out

**Hull Ventilation** good  **Bilge Ventilation** good

**Hatches** Foredeck  **Opening Ports** Many  **Deck Hatches** Foredeck

**Cockpit Type** Enclosed  **Lazarettes** Fwd/aft  **Seating** Aft bridge/cabins

**General Condition of Topsides** good, White all

**General Condition of Decking** good, White w/Teakwood decks

**General Condition of Bilges** good all areas

2

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

## MACHINERY SPACES & UNDERWATER MACHINERY

**Shaft Size** 95mm        **Material** stainless steel        **Zincs** 30 Hull

**Prop. Size** na     **Blades** 4each  **Material** bronze     **Condition** na

**Strut Material** Steel     **Condition** na          **Bearing** na

**Rudder Material** Steel    **Condition** na          **Zincs** good all

**Engine Stuffing Box** Steel/bronze glands

**Engine Location** mid bilges         **Fuel Type** Diesel Model#16V71N

**Turbo/Natural** Natural          **Engine Alarm** each

**Single/Twin** twin      **Make** GM       **# Cyl's.** 16each      **Rated HP** 460e

**Port S.N** 16va04837  **Hours** na    **Trans. S.N.** NL        **Make** TD521

**Stbd. S.N** 04836     **Hours** na     **Trans. S.N.** NL        **Ratio** 3/1

**Flame Arrest.** na      **Cond.** na      **Eng. Mounts** 12      **Cond.** good

**Bilge Blower** two                              **Condition** good

**Exhaust Piping** Pipe/Hose/Muffler    **Condition** good    **Cooling System** FWC

**Bilge Pumps** 24v/220v          **Located** thru out

**Pumps Working?** good each          **Auto Switches?** each

## STEERING SYSTEMS

*Description*:  Main pilothouse helm and upper deck portside station hydraulic emergency tiller

## HEATING & AIR CONDITIONING

**A.C. / Heater Make** Cruisaire/Tecnicol  **Model** Chilled systems thru out

**Location** thru out Four 5 Ton compressors Beard Marine

**Condition** good all systems       **Galley Vents** yes

**Opening Ports** Many    **Leaks?** not      **Hatches** Fwd      **Leaks?** not

3

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

## *ELECTRICAL SYSTEM*

**Gen. Make** 2 Northernlights    **Output** 65KW each    **Serial #** not legible
**Hours** 4282   **Fuel** diesel          **Cooling** FWC each
**# Batteries** 12   **Volts** 24v    **Location** engine room
**Condition** approved systems
**Batt. Switch Located** engine room    **Working?** each
**Battery Charger Make/Model** Acme/Sentry/AIG                **Amps** 100
**Shore Power** 240v    **Amps** 100    **# Outlets** two    **Location** fwd/aft
**Vessel Wiring** 240/120/24volts    **Condition** updated all
**Main Panel Type** 90%breakers    **Location** helm/panel    **Condition** good

## *GALLEY*

**Appliance(s) Location** Below main galley/salon Day galley complete
**Stove Type** Vulcan ovens/burners/grills/cooktops etc.
**Propane Tank Location** None         **Is Woodwork Protected?** Vented
**Tubing Type** na         **Location**
**Shut-Off Type** Switches    **Location** in line    **Condition** not operated
**Pressure Water** yes    **Hot Water** yes    **Tank Make/Model** 2-50gallon 240v
**Condition of Tank, Plumbing, Wiring** good, Steel valves all
**Refrigerator Make & Model** Foster freezers/fridge reefers/ice makers
**Location** Galley/Salon/crew    **Condition** good all
**Water Heater** 100gallon   **Fuel** 240v only    **Location** Port engine room

## *TANKAGE SYSTEMS*

*Fuel*
**Fuel Type** Diesel    **No.** 8    **Capacity** 7500    **Location** mid/aft
**Shape** Odd    **Material** Steel    **Condition** good each
**Secured By** welded    **Bonded** each    **Lines & Vents** copper/hose
**Overboard Overflow?** yes    **Location** sides
**Shut-Off Valves on Tanks?** yes    **Accessibility** good
*Water*
**Number** One   **Shape** Odd    **Capacity** 1800    **Location** mid
**Material** Steel        **Condition** good

4

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

## SAFETY EQUIPMENT

**Ring** Four                **Whistle** Kahlenberg           **Bell** One

**Flares** Ten               **Flare Gun** Four               **# Rounds** Ten

**PFD's** Twenty min

**Bow** Teakwood caprails                **Stern** SS/teakwood

**Lifelines** Enclosed                   **Gates** Five

**Handrails** SS                         **Ext. Pulpit** na

## FIRE FIGHTING EQUIPMENT

### Portable

| Location | Type | Charged? | Date | Comments |
|---|---|---|---|---|
| Mid galley | BC5# | yes | 2016 | good |
| Crew | BC5# | yes | 2016 | good |
| each cabin | BC5# | yes | 2016 | good |
| Bridge deck | BC5# | yes | 2016 | good |
| Guest cabins | BC5# | each | 2016 | good |
| Salon | BC5# | yes | 2016 | good |

### Fixed

**Type** CO2 system FireRanger            **Location** Engine room tank in Funnel

**Charged?** yes    **Dated** 2016    **Sniffer?** na    **Make**

**Bilge Temp. Alarm** yes    **Bilge Level Alarm** yes    **Engine Alarm** each

## GROUND TACKLE

**Type** Navy    **Size** 180kg    **Rode**              **Chain** 300'min

**Type** Navy    **Size** 200kg    **Rode**              **Chain** 400'min

**Dock Lines** misc lengths and fenders

## MARINE SANITATION DEVICE

**No.** Eight    **Manual/Electric** Electric    **Thru-Hulls** w/macerator

**"Y" Valve** each    **Holding Tank** Steel    **Location** thru out

5

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

## ELECTRONICS & SPECIALIZED EQUIPMENT

|  | Make | Model | Notes |
|---|---|---|---|
| Compass | 2 Ritchie/Platt | 5"/4" | good each |
| VHF Radio Telephone | Hor/Std | AIS | good |
| VHF Radio Telephone | Horizon | Ram3 | good |
| Depth | Furuno | RD30 | good |
| Loran |  |  |  |
| Radar | 2 Furuno | both 72NM | good each |
| GPS | 2 Northstar | 952X plus | good each |
| Auto Pilot | Simrad | AP50 | good |
| SSB | Furuno | FS4001 | good |
| Knot Log |  |  |  |
| Wind Inst. |  |  |  |
| Windlass | Reid &Sons | foredeck | good |
| AIS | Furuno | FA-150 | good |
| Stereo | see list |  |  |

## RIGGING & SAILS

Masts  One    Rig  Nav    Type  alum   Boom  na    Type  alum

Standing Rigging _____   Running Rigging _____

Deck Winches _____   Mfg. By _____

Mast Winches _____   Winch Handles _____

Main Sails _____   Jibs _____

Mizzens _____   Genoas _____

Spinnakers _____   Sail Covers _____   Dodgers _____

Awnings _____   Spinnaker Poles _____

## MISC. EQUIPMENT

See attached equipment and inventory list for . This report will not include a complete vessel inventory.

6

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

This yacht appraisal for tax purposes only is privileged and confidential for Milagro Yacht Charters LLC.

This report is not intended as a survey of the vessel.

## SEA TRIAL

| Port Engine RPM | Est. Speed | Volts | Amps | Temp. | Comments |
|---|---|---|---|---|---|
| visual only | | | | | good |

| Sthd. Engine RPM | Est. Speed | Volts | Amps | Temp. | Comments |
|---|---|---|---|---|---|
| visual only | | | | | good |

**Genset Operation**   each visual only/good each

## GENERAL DESCRIPTION

This vessel is further described as a custom design and build 116' Motoryacht that was first built in 1970, continual upgrading and refit in 2006/2007 at a cost of $4,800,000.US. The vessel was designed by Naval architects DeGoot and Voss and custom build by Devries Shipyards under marketing of Feadship Yachts in Aalsmeer, Netherlands. The vessel was built of cold rolled steel and welded alloys thru out for hull and Aluminum superstructure deck/bridge/cabin exterior. The vessel has the builders cert/builder #600-1970 and previous US registry/doc#529074. Labor hours to build are estimated at 78,500.man hours. The vessel is powered by a pair of 16 cylinder each,naturally aspirated and super charged, marine diesel inboards rebuilt entirely 2006/2007. The ships generator plants were also replaced 2006/2007 with larger amperage capacity 65KW each 220v/100amp each units. An exceptional build/design motoryacht that has been professionally maintained including present with a crew of four to eight with cabin/berths for each as minimum. This was an appraisal only and this report should not be construed as a survey of the vessel.

## VESSEL CONSTRUCTION

The hull of this 116' motoyacht is built of welded Steel plating thru out with massive internal floors/frames/stringers/bonded bulkheads/engine beds. All below waterline thru hull fittings are marine approved Marine alloys. The vessel has several crash/watertight bulkheads. The engine drive system underwater(not observed) is SS shafting, steel struts and propellors with SS

8

rudder stocks and Welded steel stabilizer systems. Upper cabin exterior, cockpit enclosure and pilothouse are built of welded aluminum plating with aluminum floors/deck beams and supports and heavy teakwood layed decks. The Flybridge section was built of welded aluminum plating and supports. In addition added safety factor on 4 crash/watertight bulkheads. The cabin ports(windows) and hatches are high quality for commercial/offshore use. The vessels interior is finished out with matched grain/tree veener/ panels, marine plywoods and solid trimwoods thru out. All overheads are veneeers/vinyls. Yacht finishes and yacht quality thru out. The vessels plumbing, wiring and tankage are to safety codes and to ABYC/NFPA/USCG requirements thru out.

## *VESSEL LAYOUT*

The layout of this 116' Canoe stern motoryacht is as follows; Raised bulwarks all around main deck and with anchor windless and aft deck Port and Starboard warping winches. Aft enclosed lounge area plush and fwd starboard side bar area then mid double doors into main salon with lounge area sofas/chairs and entertainment with fwd formal dining area and lavish serving area and galley for same. Starboard aft salon stairwell leading below and aft with straight across guest cabin with twin berths, lockers and aft head and shower. Moving fwd to owners suite with Queen mid, lockers and aft starboard side head and shower. Going aft further to large aft cabin with twin raised berths outboard, lockers, storage and starboard fwd head and shower. Back to main salon and fwd starboard walkthru passing day galley then Captains cabin with double berth, dresser/desk and head w/shower. Fwd further at side entry way to starboard then steps to pilothouse operations center with side door portside to main deck. Fwd further passing lower steps to fwd area library/lounge with aft head area Next stairwell/steps leading below decks with aft full galley and mid access to huge engine room. Fwd from galley crew dinette/lounge area and washer/dryer opposite. Fwd crew cabins with berting for six with two heads and showers. Foredeck with anchor windless, dunnage boxes and seating. Very lavish over all design, very functional extended range motoryacht. When fully loaded the vessel carries in excess of 7,500 gallons of fuel oil in todays dollars valued at $35,000.US.

## *VESSEL INSPECTION*

This was a yacht appraisal inspection and report for tax purposes only. This report is not intended as a survey of the vessel. The purpose of this inspection was to ascertain a value as found of the vessel. All accessible areas thru out were inspected. The vessel was only inspected while afloat and docked in a canal in Miami,Fl. All equipment was not observed, tested nor operated. This report does not include a complete vessel inventory. The engines and gen-sets were visually inspected and briefely operated. The engines did not have any compression test nor fluid samples taken nor requested. This inspection was performed to ABYC/NFPA/USCG requirements. The statements contained in this report are true and correct to the best of my abilities. I have no personal or future interest in this vessel. My compensation is not based on any given values but for actual time in inspecting and writing of this detailed appraisal.

9

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

No other parties have provided any significant assistance with my appraisal of this vessel. My value is based on facts and comparable vessels and I have no knowledge of any Bargain sale or issues in regards to this vessel. I have only inspected the vessel for an appraisal value this was not a survey of the vessel.

## *VESSEL VALUE*

The current appraised value of this 116' vessel as found, as equipped, as professionally maintained is at $4,930,000.US. The vessels replacement value in todays market would be in excess of $37,000,000.US. The valuation was based on my own over 50+ years expereince working in the marine industry and with over 30 years as a marine surveyor, see summary attached. The estimated build hours for this large vessel is 78,500 man hours for labor only, then valuation of all components as well, see list further in this report. This custom designed and custom built motoryacht will not be found in any value guides. Yachtworld/soldboats.com for comparable/similar/like vessel as follows; 120' Westship $10,600,000.US. 110'Feadship for $5,500,000.US 115' Feadship $10,300,000.US. 118' Cantieri $11,900,000.US. IRS guidelines require comparable/like smililar vessels, depreciation and valuation breakdown. See appraisal value full breakdown next pages. See also attached summary of my qualifications.

## *CORRECTIONS, NOTES, & RECOMMENDATIONS*

" Utopia II" vessel valuation breakdown as follows;

Labor/man hours to build(not including refit cost) $2,200,000.US

1=Hull, stringers/floors/bulkheads;
Struts;
Shafts;
ER beds;.
Propellors;
Rudders;.
Steering;.
Stabilizers/outbd;
Ports hull windows;.
Finishes; .                               Sub total= $625,000.US

2=Deck/Superstructure;
Flybridge;
Safety; .
Ports windows;.
Caprails; .
Mast/navlights;.
Cabin entry doors; .
Exterior finishes; .
                                          Sub total= $474,000.US


3=Pilothouse console/int;
Seating/lounges;
Nav-aids inside;
Hydraulic controls;                       Sub total= $175,000.US

4=Cabin interior;
Custom woods;
Raised panels/trim;.
Fixtures;
Cabin soles;
Finishes;.                                Sub total= $666,000.US


5=Head(toilets)showers;
AC/heat duct/systems;
Tankage/plumbing systems;                 Sub total= $225,000.US

11

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

6=Electrical systems;
Twin generator units;
Transformers;.
Batteries/systems;

           Sub total= $350,000.US

7=Machinery;
Twin engines;
Gearboxes;

           Sub total= $215,000.US

Vessel appraisal total value as noted $4,930,000.US not including any insurance cost, dockage, crew cost/wages/fees.

This report is based on over thirty years experience in the marine industry and as a Charter-member #31 of the Society of Accredited Marine Surveyors as AMS and a member of the American Boat & Yacht Council.

The enclosed are my considered opinions, given without prejudice, I cannot be responsible for any errors, omissions, or mistakes in my judgment and acceptance of this report constitutes acceptance of that condition.

Respectfully submitted,

Norman L. LeBlanc,
Yacht Surveyor

13

*ALL REPORTS ARE BASED ON A.B.Y.C. CODES AND RECOMMENDATIONS*

+

## SUMMARY OF MY QUALIFICATIONS

More than fifty years of wide, varied and responsible marine industry experience in both power and sailboats from 13' to 160'. A full time yacht/marine surveyor from 1985 to present. Owned and previously owned many power and sailboats from 13' to 46'.
Experience consists of technical service, power and sail brokerage, marine factory representation and boatbuilding facility inspections. Corporate and private yacht captain, yacht deliveries, sailmaker production loft manager, boatyard general manager, yacht rigger, floating/fixed dock builder/designer.

Knowledge of all facets of hull components, wiring, plumbing, tankage, thru hull fittings, drive train systems, fastners, bondings, fiberglass lay-up, hull to deck joints, keels, power plants, generators, and other areas of boat construction in wood, metals and fiberglass to safety codes and to ABYC/NFPA/USCG/CFR requirements.
Professional experience evaluating and inspecting boat builder and manufacturing facilities at the following; Alden, Able Yachts, Island Packet, Hinckley, Bristol, Delta Marine, Catalina- Morgan, Hunter, Pearson, Islander, Sea Ray, Boston Whaler, Shamrock, Shannon Yachts, Westship, Palmer-Johnson Yachts, Sabre Yachts,Lyman-Morse, Paceship, Little Harbor, BlackWatch, Nauset, Block Island 40, Viking, Dyer, and many Maine boat builders.

Yacht appraisals; Since 1974 I have been involved in marine appraisals for Tax purposes, IRS audits, Estates, divorces, Yacht donations. In 1986 worked with IRS agents and Tax Attorneys to formulate an approach and format for acceptance and use for appraisals. Since that time many have tried to use my format. Breakdown of appraisals is my field of expertise and has been tested in courts and IRS hearings with great success.

Strong mechanical aptitude and training at OMC/Mercruiser schools and parts and service management, extensive experience in the operation, maintenance and repair of gas and diesel marine engines and outboard motors. Constant upgrading of boatbuilding methods and materials. Yearly upgrades and attending of seminars on boatbuilding, repairs,new products and techniques and latest in safety codes and builders standards. Have attended numerous IBEX boatbuilder seminars.

Memberships; SAMS, charter member #31, SMS (senior marine surveyor), ABYC, PCYC,Past-President SAMS 2006/2007, BOD SAMS for