UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOREN M. RIDINGER, *Individually and on behalf of the Estate of James Ridinger*, | |
| Plaintiff, | 22 Civ. 09082 (JHR) |
| -v.- | <u>ORDER</u> |
| RALPH K. STONE, et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

On **Tuesday, July 11, 2023 at 12:30 p.m.**, the Court will hold a brief status conference in this matter. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 479 425 503 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: July 7, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge