UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Loren M. Ridinger, *individually and on behalf of the Estate of James Ridinger*,

                Plaintiff,

        -v.-

RALPH K. STONE, et al.,

                Defendants.

22 Civ. 09082 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

---

JENNIFER H. REARDEN, District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

- ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- ☐ Specific Non-Dispositive Motion/Dispute: _____
- ☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- ☒ Settlement
- ☐ Inquest After Default/Damages Hearing
- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
- ☐ Habeas Corpus
- ☐ Social Security
- ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

SO ORDERED.

Dated: July 11, 2023
       New York, New York

                                      JENNIFER H. REARDEN
                                      United States District Judge