

_____
www.mnrlawfirm.com

August 3, 2023

**Via ECF**

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

      RE:  *Ridinger, et al. v. Stone, et al.*, Case No. 2022-CV-09082-JHR

Dear Judge Rearden,

      As a follow up to joint letter the Parties submitted on July 19, 2023 [D.E. 50], Plaintiff Loren M. Ridinger writes to inform the Court that the Parties' settlement conference with Magistrate Judge Ona T. Wang on July 26, 2023 was unsuccessful.  The Parties also are at an impasse in the informal settlement discussions requested by the Court at the status conference held on July 11, 2023.  As expressed in the Parties' joint letter dated March 20, 2023 [D.E. 43], Plaintiff remains willing to privately mediate this matter if and when Defendants are willing to do so.

      Respectfully submitted,

      /s/ *Jeffrey A. Neiman*

      Jeffrey A. Neiman, Esq.
      jneiman@mnrlawfirm.com
      954-541-8281
      Jason L. Mays, Esq.
      jmays@mnrlawfirm.com
      305-434-4941

      *Counsel for Plaintiff*