**TRAUB** LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7009 | MAIN (914) 347-2600 | FAX (914) 347-8898

Lisa L. Shrewsberry | Partner | lshrewsberry@tlsslaw.com

August 3, 2023

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   ***Ridinger v. Stone, et al.***
              Case No.: 2022-cv-09082-JHR-OTW

Dear Judge Rearden:

    We represent the defendants in this matter. As we have already advised plaintiff's counsel, defendants are not interested in private mediation. The settlement conference before Judge Wang made clear that such efforts would be futile. We respectfully request that our motion to dismiss the amended complaint be considered by the Court.

                               Respectfully submitted,

                               *Lisa L. Shrewsberry*
                               Lisa L. Shrewsberry

cc: ECF

www.traublieberman.com

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA