UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOREN M. RIDINGER, *Individually and on behalf of the Estate of James Ridinger*,<br><br>                          Plaintiff,<br><br>                    -v.-<br><br>RALPH K. STONE, et al.,<br><br>                          Defendants. | 22 Civ. 09082 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On **September 22, 2023** at **11:15 a.m.**, the Court will hold a conference to address Defendants' motion to dismiss. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering access code 598 024 126 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: September 14, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge