UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOREN M. RIDINGER, *Individually and on behalf of the Estate of James Ridinger*,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>RALPH K. STONE, et al.,<br><br>                              Defendants. | 22 Civ. 09082 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record at the September 26, 2023 conference, Defendants' motion to dismiss the Amended Complaint is GRANTED IN PART and DENIED IN PART as follows: The motion to dismiss is granted as to Count One without prejudice; the motion to dismiss is denied as to Counts Two, Three, and Four.

Any amended complaint shall be filed by **October 26, 2023**.

The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

Dated: September 26, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge