UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOREN M. RIDINGER, individually and on
behalf of the Estate of James Ridinger,

           Plaintiff,

-against-

RALPH K. STONE, RACHEL L. GOULD, and
MEISTER SEELIG & FEIN LLP,

           Defendants.
-----------------------------------------------------------------X

Case No.: 22-cv-09082-JHR-OTW

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and among the undersigned attorneys of record for Plaintiff Loren Ridinger, individually and on behalf of the Estate of James Ridinger, and Defendants Ralph K. Stone, Rachel L. Gould and Meister Seelig & Fein LLP k/n/a Meister Seelig & Fein PLLC, that the above-entitled action shall be and hereby is dismissed with prejudice, including all causes of actions, and without costs or attorneys' fees to any party as against the other;

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and that a scanned or facsimile copy of this Stipulation and the signatures thereon shall be deemed as valid as the original.

Dated: Ft. Lauderdale, Florida
       February 1, 2024

MARCUS NEIMAN RASHBAUM &
PINEIRO LLP

By: _____
Jason L. Mays, Esq
100 SE 3rd Ave., Suite 805
Ft. Lauderdale, Florida 33394
Email: jmays@mnrlawfirm.com
*Attorneys for Plaintiff*

Dated: Hawthorne, New York
       February 5, 2024

TRAUB LIEBERMAN STRAUS &
SHREWSBERRY LLP

By: _____
J. Patrick Carley, III, Esq.
Seven Skyline Drive
Hawthorne, New York 10532
Email: pcarley@tlsslaw.com
*Attorneys for Defendants*

10